# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Antonio Cyntel StancilDocket No. 5:07-CR-359-1BO

### Petition for Action on Supervised Release

COMES NOW Scott Plaster, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Antonio Cyntel Stancil, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With the Intent to Distribute More Than 50 Grams of Cocaine Base (Crack) and a Quantity of Cocaine, in violation of 21 U.S.C. § 846, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on May 29, 2008, to the custody of the Bureau of Prisons for a term of 90 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall pay restitution in the amount of $5,830.00.

2. The defendant shall pay a special assessment of $100.00.

On July 15, 2009, pursuant to a Rule 35 motion, the defendant's period of imprisonment was reduced from 90 months to 36 months. All other terms and conditions of the original judgment remained the same.

Antonio Cyntel Stancil was released from custody on January 4, 2011, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On September 26, 2012, the defendant reported to the probation office and submitted a drug test that was positive for marijuana based upon the instant test. Stancil denied using marijuana; however, the confirmation test by the laboratory also yielded a positive result for marijuana. The defendant returned to the probation office on October 15, 2012, and admitted using an unknown substance (marijuana) while he was at a friend's bachelor party. Stancil was reprimanded for his choices to lie to the probation officer and to use marijuana. As a result of Stancil's compliance with the terms and conditions of his supervision otherwise, it is recommended the defendant's supervision be modified to include participation in a substance abuse treatment program as directed by the probation officer, including urinalysis testing. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Antonio Cyntel Stancil
Docket No. 5:07-CR-359-1BO
Petition For Action
Page 2

      **PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

      Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/Jeffrey L. Keller | /s/Scott Plaster |
| Jeffrey L. Keller | Scott Plaster |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 New Bern Avenue, Room 610 |
| | Raleigh, NC 27601-1441 |
| | Phone: (919) 861-8660 |
| | Executed On: October 16, 2012 |

## ORDER OF COURT

Considered and ordered this 16 day of October, 2012, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge